UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENTAL ASSOCIATES, P.C., d/b/a
REDWOOD DENTAL GROUP,

    Plaintiff,

v.

AMERICAN DENTAL PARTNERS
OF MICHIGAN, LLC and AMERICAN
DENTAL PARTNERS, INC.,

    Defendants.

Civil Action No. 2:11-CV-11624-DPH-MJH
Hon. Denise Page Hood
Magistrate Judge Michael J. Hluchaniuk

---

| | |
|---|---|
| Ronald L. Cornell, Jr. (P46860)<br>SEYBURN, KAHN, GINN, BESS &<br>SERLIN, P.C.<br>Attorneys for Plaintiff<br>200 Town Center, Suite 1500<br>Southfield, Michigan 48075<br>(248) 353-7620 | Robert M. Jackson (P40723)<br>Jason R. Abel (P70408)<br>HONIGMAN MILLER SCHWARTZ<br>AND COHN LLP<br>Attorneys for Defendants<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, Michigan 48226<br>(313) 465-7430 |
| Joseph W. Anthony (#2872)<br>Randy G. Gullickson (#185607)<br>ANTHONY OSTLUND BAER &<br>LOUWAGIE P.A.<br>3600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402<br>(612) 349-6969 | William Z. Pentelovitch (#85078)<br>Haley N. Schaffer (#0313099)<br>MASLON EDELMAN BORMAN & BRAND,<br>LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402-4140<br>(612) 672-8200 |

---

**DEFENDANTS AMERICAN DENTAL PARTNERS OF MICHIGAN, LLC AND
AMERICAN DENTAL PARTNERS, INC.'S STATEMENT OF DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Defendants American Dental Partners of Michigan, LLC ("ADP of Michigan") and American Dental Partners, Inc. ("ADPI"), through their attorneys of record, pursuant to Eastern District of Michigan LR 83.4, hereby disclose as follows:

1.  ADP of Michigan is engaged in the business of providing business services, support staff and dental facilities to Plaintiff. It is a wholly-owned subsidiary of ADPI.

2.  ADPI is a publically-traded company. It does not have a parent corporation and 10% or more of its stock is not owned by a publicly held corporation.

Dated: July 29, 2011

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/ Jason R. Abel
    Robert M. Jackson (P40723)
    Jason R. Abel (P70408)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Phone: 313-465-7430

ATTORNEYS FOR DEFENDANTS

and

MASLON EDELMAN BORMAN & BRAND, LLP
William Z. Pentelovitch (#85078)
Haley N. Schaffer (#0313099)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Phone: 612-672-8200

`

824873

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants; and I hereby certify that I have mailed the foregoing papers by United States Postal Service to the following non-ECF participants:

Ronald L. Cornell, Jr. (P46860)
SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
Attorneys for Plaintiff
200 Town Center, Suite 1500
Southfield, Michigan 48075
(248) 353-7620


Joseph W. Anthony (#2872)
Randy G. Gullickson (#185607)
ANTHONY OSTLUND BAER & LOUWAGIE P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 349-6969

By: /s/ Jason R. Abel_____
    Robert M. Jackson (P40723)
    Jason R. Abel (P70408)
    HONIGMAN MILLER SCHWARTZ AND
      COHN LLP
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    Phone:  313-465-7430

9454654.1