UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dental Associates, P.C., d/b/a Redwood Dental Group,

    Plaintiff(s),

Case No. 2:11-CV-11624-DPH-MJH

v.

Judge Denise Page Hood

American Dental Partners of Michigan, LLC and American Dental Partners, Inc.

Magistrate Judge Michael Hluchaniuk

    Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Dental Associates, P.C., d/b/a Redwood Dental Group

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐   No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐   No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: August 4 2011

/s/ Ronald L. Cornell, Jr.
Ronald L. Cornell, Jr.
P46860
Seyburn, Kahn, Ginn, Bess & Serlin, P.C.
2000 Town Center-Ste. 1500
Southfield, Michigan 48075
(248) 353-7620
rcornell@seyburn.com

**Certification of Service**

I hereby certify that on August 4, 2011, I electronically filed the attached **Statement of Disclosure of Corporate Affiliations and Financial Interest** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Jason R. Abel
Honigman, Miller, Schwartz & Cohn, LLP
Attorneys for Defendant
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226
jabel@honigman.com

By: /s/ Ronald L. Cornell, Jr.
      Ronald L. Cornell, Jr. (P46860)
      Attorneys for Plaintiff
      2000 Town Center-Ste. 1500
      Southfield, MI 48075
      Telephone: (248) 353-7620
      rcornell@seyburn.com