UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dental Associates, P.C. d/b/a Redwood Dental Group,<br><br>  Plaintiff,<br>v.<br><br>American Dental Partners of Michigan, LLC and American Dental Partners, Inc.,<br><br>  Defendants. | Case No. 2:11-CV-11624-DPH-MJH<br>Hon. Denise Page Hood<br>Magistrate Judge Michael J. Hluchaniuk<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** |

This matter having come before the Court based upon the stipulation of the parties, through their respective counsel; the Court having noted the parties' Stipulation for the entry of this Order and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff is granted leave to file and serve the Amended Complaint in the form attached to the Stipulation to Amend Complaint filed with the Court.

IT IS FURTHER ORDERED THAT Defendants' motion to compel arbitration, which was denied, and which denial was affirmed by the Court of Appeals for the Sixth Circuit, shall not be mooted or impaired for purposes of Defendants' pending Petition for Writ of Certiorari to the Supreme Court of the United States.

s/Denise Page Hood<br>Hon. Denise Page Hood

August 12, 2013

{00831051.DOC}450928.1