UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DENTAL ASSOCIATES, P.C.<br>d/b/a<br>REDWOOD DENTAL GROUP,<br><br>         Plaintiff,<br><br>v.<br><br>AMERICAN DENTAL<br>PARTNERS OF MICHIGAN, LLC<br>and AMERICAN<br>DENTAL PARTNERS, INC.,<br><br>         Defendants. | Case No. 2:11-CV-11624-DPH-MJH<br>Hon. Denise Page Hood |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Dental Associates, P.C., d/b/a Redwood Dental Group and Defendants American Dental Partners of Michigan, LLC and American Dental Partners, Inc., by and through their respective undersigned counsel, hereby stipulate to dismissal with prejudice of the above-entitled action, with each party to bear its own costs, disbursements and attorneys' fees.

Dated:  June 12, 2014

                                                         **ANTHONY OSTLUND BAER & LOUWAGIE P.A.**

                                                         By: /s/ Randy G. Gullickson (w/consent)
                                                                Joseph W. Anthony (MN Atty. #2872)
                                                                Randy G. Gullickson (MN Atty. #185607)

3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Phone:  612-349-6969

   -and-

Ronald L. Cornell, Jr. (P46860)
**SEYBURN KAHN, P.C.**
200 Town Center, Suite 1500
Southfield, Michigan 48075
Phone: 248-353-7620

*Attorneys for Plaintiff*


**HONIGMAN MILLER SCHWARTZ AND COHN LLP**

By: /s/ Jason R. Abel
    Robert M. Jackson (P40723)
    Jason R. Abel (P70408)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Phone: 313-465-7430

   -and-

William Z. Pentelovitch (MN Atty. 85078)
Haley N. Schaffer (MN Atty. #0313099)
**MASLON EDELMAN BORMAN & BRAND, LLP**
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Phone: 612-672-8200


*Attorneys for Defendants*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DENTAL ASSOCIATES, P.C. d/b/a REDWOOD DENTAL GROUP,<br><br>Plaintiff,<br>v.<br><br>AMERICAN DENTAL PARTNERS OF MICHIGAN, LLC and AMERICAN DENTAL PARTNERS, INC.,<br><br>Defendants. | Case No. 2:11-CV-11624-DPH-MJH<br>Hon. Denise Page Hood<br>Magistrate Judge Michael J. Hluchaniuk |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, it is hereby ordered that this action shall be, and hereby is, dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  June 17, 2014                    BY THE COURT:


                                        s/Denise Page Hood
                                        Denise Page Hood
                                        United States Court Judge